# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3353

_____

| | | |
|---|---|---|
| Gloria D. Smith, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Eastern |
| | * | District of Arkansas. |
| Larry G. Massanari, Acting | * | |
| Commissioner, Social Security | * | [UNPUBLISHED] |
| Administration, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted:  August 7, 2001

Filed:  August 15, 2001

_____

Before HANSEN, FAGG, and BEAM, Circuit Judges.

_____

PER CURIAM.

Gloria D. Smith appeals the district court's[*] grant of summary judgment in favor of the Social Security Commissioner, affirming the denial of Smith's March 1997

_____

[*]The Honorable Stephen M. Reasoner, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable John F. Forster, Jr., United States Magistrate Judge for the Eastern District of Arkansas.

application for disability insurance benefits after a hearing before an administrative law judge (ALJ), and after the Appeals Council denied review. Having reviewed the record, we find the Commissioner's final decision is supported by substantial evidence on the record as a whole, including consideration of the new evidence submitted to the Appeals Council, to the extent the evidence related to the period before the ALJ's decision. See Cunningham v. Apfel, 222 F.3d 496, 500 (8th Cir. 2000) (standard of review). In particular, the ALJ considered Smith's impairments in combination, permissibly discounted one treating physician's opinion and gave another treating physician's opinion controlling weight, made sufficient credibility findings, made a supported finding of no severe mental impairment, and did not fail to follow applicable regulations.

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.